## CREDIT PROCESS ADVISORS PRESENTS...
## KNOW YOUR CUSTOMER



Cash flow is the lifeblood of any business — without it your company will suffer a financial heart attack. Learn the tips and best practices of credit and receivable management from our team of subject matter experts and see how ...

We Protect Your Corporate Heartbeat ®

☐ **MICHIGAN** April 29, 2015
*Hawthorn Suites of Troy:*
*2600 Livernois Rd, Troy MI, 48083*

Seminar: 10:30 AM - 12:00 PM

**Registration starts at 10 AM!**

Fee:
$55 + tax / person

### Speaker:

**Lawyer** - Knowing your customer is crucial to collecting your receivable.
- What is the customers real name and how will it impact me?
- Understand the difference between an Inc., LLC, DBA, LP, PC, Corp .

**Scott Renner,**
Velo Law Firm

At Credit Process Advisors... *We Protect Your Corporate Heartbeat* ®
www.creditprocessadvisors.com

CREDIT PROCESS ADVISORS PRESENTS...  

Please register by completing the form and fax to our office 1-866-266-0137, email info@creditprocessadvisors.com or mail to the below address

**Note: Your credit card statement will show billing from Account Adjustment Bureau**

| First Name: | Last Name: |
|---|---|
| Company Name: | Title: |
| Mailing Address: | City/Prov: |
| Postal Code: | Phone Number: |
| Extension: | Email Address: |

Charge to:  ☐ VISA  ☐ MasterCard  ☐ Check enclosed payable to: Credit Process Advisors Inc.

Card Number: _____  Name on Card: _____

Expiration Date: _____  Security Code: _____  Signature: _____

*Address: 217 Ann Arbor Rd. Suite 212 , Plymouth MI. 48170*

# CREDIT PROCESS ADVISORS PRESENTS...
# KNOW YOUR CUSTOMER



Cash flow is the lifeblood of any business — without it your company will suffer a financial heart attack. Learn the tips and best practices of credit and receivable management from our team of subject matter experts and see how ...

We Protect Your Corporate Heartbeat ®

☐ **MICHIGAN** April 29, 2015
*Hawthorn Suites of Troy:*
*2600 Livernois Rd, Troy MI, 48083*

Seminar: 10:30 AM - 12:00 PM

**Registration starts at 10 AM!**

Fee:
$55 + tax / person

## Speaker:

**Lawyer** - Knowing your customer is crucial to collecting your receivable.
- What is the customers real name and how will it impact me?
- Understand the difference between an Inc., LLC, DBA, LP, PC, Corp.

**Scott Renner,**
Velo Law Firm

At Credit Process Advisors... *We Protect Your Corporate Heartbeat* ®
www.creditprocessadvisors.com



CREDIT PROCESS ADVISORS PRESENTS...

Please register by completing the form and fax to our office 1-866-266-0137, email info@creditprocessadvisors.com or mail to the below address

**Note:** Your credit card statement will show billing from Account Adjustment Bureau

| First Name: | Last Name: |
|---|---|
| Company Name: | Title: |
| Mailing Address: | City/Prov: |
| Postal Code: | Phone Number: |
| Extension: | Email Address: |

Charge to: ☐ VISA ☐ MasterCard ☐ Check enclosed payable to: Credit Process Advisors Inc.

Card Number: _____ Name on Card: _____

Expiration Date: _____ Security Code: _____ Signature: _____

Address: 217 Ann Arbor Rd. Suite 212, Plymouth MI. 48170

## CREDIT PROCESS ADVISORS PRESENTS...
## KNOW YOUR CUSTOMER



Cash flow is the lifeblood of any business — without it your company will suffer a financial heart attack. Learn the tips and best practices of credit and receivable management from our team of subject matter experts and see how ...

We Protect Your Corporate Heartbeat ®

☐ **MICHIGAN** April 29, 2015
*Hawthorn Suites of Troy:*
*2600 Livernois Rd, Troy MI, 48083*

**Seminar: 10:30 AM - 12:00 PM**

**Registration starts at 10 AM!**

**Fee:**
$55 + tax / person

### Speaker:

**Lawyer** - Knowing your customer is crucial to collecting your receivable.
- What is the customers real name and how will it impact me?
- Understand the difference between an Inc., LLC, DBA, LP, PC, Corp.

**Scott Renner,**
Velo Law Firm

At Credit Process Advisors... *We Protect Your Corporate Heartbeat* ®
*www.creditprocessadvisors.com*

---

CREDIT PROCESS ADVISORS PRESENTS... 

Please register by completing the form and fax to our office 1-866-266-0137, email info@creditprocessadvisors.com or mail to the below address

**Note: Your credit card statement will show billing from Account Adjustment Bureau**

| First Name: | Last Name: |
|---|---|
| Company Name: | Title: |
| Mailing Address: | City/Prov: |
| Postal Code: | Phone Number: |
| Extension: | Email Address: |

Charge to: ☐ VISA ☐ MasterCard ☐ Check enclosed payable to: Credit Process Advisors Inc.

Card Number: _____  Name on Card: _____

Expiration Date: _____ Security Code: _____ Signature: _____

*Address: 217 Ann Arbor Rd. Suite 212 , Plymouth MI, 48170*