UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATIVE ACCOUNTING
SOLUTIONS, INC.,

    Plaintiff,

v.

CREDIT PROCESS ADVISORS, INC., et al.,

    Defendants.
_____/

Hon. Paul L. Maloney

Case No. 1:15-cv-00793-PLM-PJG

## ORDER

This matter is before the Court on plaintiff's motion to compel discovery. (ECF No. 27). Defendants responded. (ECF No. 32). The Court conducted a hearing on the motion today, at which counsel for both parties appeared. Having considered the parties' oral and written submissions, and for the reasons stated on the record, plaintiff's motion to compel (ECF No. 27) is **DENIED**.

    **IT IS SO ORDERED**.


Date:  September 26, 2016

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge