EXHIBIT 2



605 Severn Ave
Cambridge, Ontario N3H 2R6
EM: myfaxplus@gmail.com
Web: faxplus.ca

Phone: 519-653-1863
Toll Free : 1-855-898-2121

Fax: 519-653-1863

# Invoice

Invoice No.  1446

Company: Priority Credit Recovery Inc.
Address:  314-8944-182 St
City/Prov:  Edmonton Alberta T5T 2E3

Phone: 780-643-2169
Fax    :  780-486-3998

Date: 07 Apr 2015

**Area:**
Michigan ACs 248,313,586,734,810

**Amount:  50,000 faxes**

**Special Instructions:**
To be used per client instructions
First run Apr 8. Rest to be announced.

**Price    : $ 599.00**

**TAX    : $ 29.95**
**Total  : $ 628.95**
**Paid - Visa  : $ 628.95**

GST # 89584 4801 RT0001

Terms: Payment Due Upon Receipt
Thanks for using Fax Plus – Jacqui Gadal