UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATIVE ACCOUNTING
SOLUTIONS, INC.,

        Plaintiff,

v.

CREDIT PROCESS ADVISORS, INC., et al.,

        Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:15-cv-793

## ORDER GRANTING MOTION TO CONTINUE TRIAL DATES

Before the Court is Plaintiff's motion to amend the case management order and stay or continue the trial and final pretrial conference dates (ECF No. 71).  Plaintiff seeks to stay or continue the trial dates due to two motions presently pending before the Court, Plaintiff's motion for class certification (ECF No. 62) and a motion for partial summary judgment filed by Defendants Scott Renner and Velo Legal Services, PLC (ECF No. 49).  Upon due consideration of the instant motion to continue by the Court, the motion is GRANTED.  The final pretrial conference and the trial are ADJOURNED WITHOUT DATE at this time.  Upon resolution of the two aforementioned motions, the Court will issue a new scheduling order.

**IT IS SO ORDERED** .

Date:  May 3, 2017

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge