UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATIVE ACCOUNTING SOLUTIONS,
INC.,

       Plaintiff,

v.

       File No. 1:15-CV-793

       HON. PAUL L. MALONEY

CREDIT PROCESS ADVISORS, INC. et al.,

       Defendants.
_____/

## ORDER

In accordance with the Opinion entered this date,

**IT IS ORDERED** that the motion for summary judgment by Defendants Scott Renner and Velo Legal Services, PLC (ECF No. 49) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Renner and Velo Legal Services, PLC are **DISMISSED WITH PREJUDICE**.

Dated:   February 27, 2020           /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge