IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| INNOVATIVE ACCOUNTING SOLUTIONS, INC., a Michigan corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT PROCESS ADVISORS, INC., ACCOUNT ADJUSTMENT BUREAU, INC., VELO LEGAL SERVICES, PLC d/b/a VELO LAW or VELO LAW OFFICE, SCOTT RENNER, and JOHN DOES 1-12,<br><br>Defendants. | Case No. 15-cv-793<br><br>Hon. Paul L. Maloney<br><br>Mag. Judge Phillip J. Green |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR CLASS NOTICE

Plaintiff, through counsel, states as follows regarding its motion to extend the deadline for submitting proposed class notice, as required by Local Rule 7.1(d)

1. On September 1, 2021, the Court entered an order granting Plaintiff's motion to amend the class definition and setting September 22, 2021 as the deadline to file a motion for to approve class notice. (Doc. 117.)

2. Due to the press of business and the intervening religious holidays, Plaintiff respectfully requests an additional 14 days, until October 6, 2021, to file its motion.

3. In addition, the parties have discussed the prospect of reaching an agreement to resolve this litigation. It would be more efficient to see if an agreement

can be reached prior to incurring the expense of sending notice of the certification of the litigation class.

4. Plaintiff's counsel has conferred with counsel for defendants pursuant to Local Rule 7.1(a), and Defendants' counsel confirmed that Defendants do not oppose this motion.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant it 14 additional days, until October 6, 2021, to file a motion to approve class notice, and for such further relief as the Court deems just and proper

September 22, 2021

Respectfully submitted,

Innovative Accounting Solutions, Inc., a Michigan corporation, individually and as the representative of a class of similarly-situated persons,

/s/ Phillip A. Bock

Phillip A. Bock
David M. Oppenheim
BOCK HATCH & OPPENHEIM LLC
134 N. LaSalle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500
Email: david@bockhatchllc.com
*Attorneys for Plaintiff Innovative Accounting Solutions, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2021, I caused the foregoing to be filed using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

      /s/ Phillip A. Bock