UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATIVE ACCOUNTING
SOLUTIONS, INC.,

    Plaintiff,

v.

CREDIT PROCESS ADVISORS, INC.,
 et al.,

    Defendants.
_____/

Case No. 1:15-cv-793

HONORABLE PAUL L. MALONEY

## ORDER DENYING MOTION FOR EXTENSION OF TIME

Pending before the Court is Plaintiff's motion to extend deadline for class notice (ECF No. 118). Upon due consideration of the motion, the Court finds Plaintiff has not shown good cause to warrant an extension of the deadline. Therefore,

**IT IS HEREBY ORDERED** that the motion to extend deadline for class notice (ECF No. 118) is DENIED.

Dated: September 23, 2021

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge