UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE ACCOUNTING SOLUTIONS, INC., )<br>Plaintiff,  )<br>)<br>-v-  )<br>)<br>CREDIT PROCESS ADVISORS, INC. and  )<br>ACCOUNT ADJUSTMENT BUREAU, INC.,  )<br>Defendant.  )<br>_____)  | No. 1:15-cv-793<br><br>Honorable Paul L. Maloney |

## ORDER GRANTING RENEWED MOTION TO APPROVE CLASS NOTICE

The Court previously granted Plaintiff's motion for class certification (ECF Nos. 83 and 84). The Court recently identified several problems with the proposed notice and Plaintiff filed a renewed motion to approve the class notice (ECF No. 123). The renewed motion addresses the Court's concerns.

Consistent with the Court's earlier order (ECF No. 122), the Court **GRANTS** Plaintiff's renewed motion (ECF No. 123).

**IT IS SO ORDERED.**

Date:   April 21, 2023                                        /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge