UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INNOVATIVE ACCOUNTING SOLUTIONS, INC., )<br>Plaintiff, )<br>)<br>-v- )<br>)<br>CREDIT PROCESS ADVISORS, INC. and )<br>ACCOUNT ADJUSTMENT BUREAU, INC., )<br>Defendants. )<br>_____ ) | No. 1:15-cv-793<br><br>Honorable Paul L. Maloney |

## ORDER TO SHOW CAUSE

The Court intends to enter default against Defendant Credit Process Advisors. Defendant must **SHOW CAUSE** why the Court should not enter default.

Following a joint status report, on February 18, 2021, the Court ordered counsel to file a notice establishing the status of the relationship with Defendant Credit Process Advisors (ECF No. 94). Counsel filed an appropriate response (ECF No. 95) and later filed a motion to withdraw representation for Defendant (ECF No. 100.) The Court held a hearing and granted the motion. On March 18, 2021, the Court ordered Defendant Credit Process Advisors to have new counsel file an appearance by April 15, 2021 (ECF No. 104). To date, no attorney has filed an appearance on behalf of Credit Process Advisors.

As a corporation, Defendant must be represented by counsel. Defendant has not complied with the Court's order. Defendant must file its response to this Order no later than Friday, May 5, 2023. **IT IS SO ORDERED.**

Date:   April 27, 2023                              /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge