UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| INNOVATIVE ACCOUNTING SOLUTIONS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-793 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| CREDIT PROCESS ADVISORS, INC. and | ) | |
| ACCOUNT ADJUSTMENT BUREAU, INC., | ) | |
| Defendants. | ) | |
| | ) | |

## ENTRY OF DEFAULT AGAINST DEFENDANT CREDIT PROCESS ADVISORS

The Court ordered Defendant Credit Process Advisors to have counsel file an appearance (ECF No. 104). Defendant did not comply with that order. More recently, the Court issued a show-cause order to Defendant warning that the Court intended to enter default. As a corporation, Defendant must be represented by counsel and Defendant has not complied with a court order. Defendant did not respond to the show-cause order.

The Court **ENTERS DEFAULT** against Defendant Credit Process Advisors. **IT IS SO ORDERED.**

Date:   May 12, 2023                                            /s/  Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge