UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

INNOVATIVE ACCOUNTING
SOLUTIONS, INC.,

    Plaintiff,

v.

CREDIT PROCESS ADVISORS, INC., et al.,

    Defendants,
_____/

Hon. Paul L. Maloney

Case No. 1:15-cv-00793-PLM-PJG

## ORDER

This matter is before the Court on Plaintiff's Stipulation for Class Representative, Kerri Johns-Littleton, to appear by telephone at the Settlement Conference. (ECF No. 148). The Court being fully advised in the premises, the motion is **GRANTED**. Accordingly,

**IT IS ORDERED** that Plaintiff's counsel shall email the Court the Class Representative Kerri Johns-Littleton's contact information.

    **IT IS SO ORDERED**.

Date: November 30, 2023

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge