# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:15-cv-00793-PLM | 12/4/2023 | 9:39 - 11:29 AM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Innovative Accounting Solutions, Inc. v. Credit Process Advisors, Inc. et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| David Max Oppenheim | Plaintiff Innovative Accounting Solutions, Inc. |
| None (default entered 5/12/2023) | Defendant Credit Process Advisors, Inc. |
| Charity A. Olson | Defendant Account Adjustment Bureau, Inc. |

## PROCEEDINGS

**NATURE OF HEARING:**

Settlement Conference held; case settled; order regarding dismissal papers to issue.

Portions Digitally Recorded
Deputy Clerk: A. Doezema