UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATIVE ACCOUNTING
SOLUTIONS, INC.,

     Plaintiff,

v.

CREDIT PROCESS ADVISORS, INC.,
et al.,

     Defendants,

_____/

Hon. Paul L. Maloney

Case No. 1:15-cv-00793-PLM-PJG

## **ORDER**

The Court was informed on December 4, 2023, during the settlement conference of the parties' agreement to settle this matter in its entirety. Accordingly, it is **ORDERED** that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Paul L. Maloney, shall be filed with the Court by **January 18, 2024**.

Date: December 4, 2023

/s/Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge