UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATIVE ACCOUNTING
SOLUTIONS, INC.,

    Plaintiff,

v.

CREDIT PROCESS ADVISORS, INC.,
et al.,

    Defendants.
_____/

Case No. 1:15-cv-793

HONORABLE PAUL L. MALONEY

## ORDER

Pending before the Court is a stipulation between Plaintiff and Defendant Account Adjustment Bureau, Inc. to extend the deadline to file a motion for preliminary approval of class action settlement and to adjourn the final pretrial conference and trial dates (ECF No. 154). Upon due consideration of the stipulation by the Court,

**IT IS HEREBY ORDERED** that the stipulation to extend the deadline to submit the motion for preliminary approval of class action settlement and to adjourn the final pretrial conference and trial dates (ECF No. 154) is APPROVED.

**IT IS FURTHER ORDERED** that the deadline to file the motion for preliminary approval of class action settlement is extended to **February 15, 2024**.

**IT IS FURTHER ORDERED** that the final pretrial conference and trial are both **ADJOURNED WITHOUT DATE AT THIS TIME**.

Dated:  January 18, 2024

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge