UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATIVE ACCOUNTING
SOLUTIONS, INC.,

    Plaintiff,

v.

CREDIT PROCESS ADVISORS, INC.,
et al.,

    Defendants.
_____/

Case No. 1:15-cv-793

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order (ECF No. 169) entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: October 28, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge